# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE: § § § **PSG MID-CITIES MEDICAL CENTER, LLC** § § *dba Saint Camillus Medical Center* § § **DEBTOR.** | CASE NO:   23-30991-swe-7  Chapter 7 |

## TRUSTEE'S CASE STATUS

The Trustee wishes to advise the Court, creditors, and parties in interest that sale of estate assets to be held as well as settlement of various estate claims.

Respectfully Submitted,

  */s/ Scott M. Seidel*
Scott M. Seidel

6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
CHAPTER 7 TRUSTEE