Hudson M. Jobe
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
ATTORNEYS FOR THE TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PSG MID-CITIES MEDICAL CENTER, LLP | § | CASE NO. 23-30991-swe7 |
| d/b/a SAINT CAMILLUS MEDICAL | § | (Chapter 7) |
| CENTER, | § | |
| | § | |
| DEBTOR | § | |

**TRUSTEE'S REPORT OF SALE OF PERSONAL PROPERTY**

**TO THE HONORABLE SCOTT W. EVERETT, BANKRUPTCY JUDGE:**

COMES NOW, Scott M. Seidel, the Chapter 7 Trustee ("**Trustee**") of the referenced Chapter 7 bankruptcy case (the "**Bankruptcy Case**"), and files this his *Trustee's Report of Sale of Personal Property* (the "**Report**"), respectfully stating as follows:

1. The Trustee has completed the auction authorized by this Court's *Order Granting Trustee's Expedited Motion to Sell Personal Property Free and Clear of Liens and to Authorize Surcharges With Respect to the Same* (Dkt. No. 93) (the "**Sale Order**"). To facilitate the auction, the Trustee employed the services of BidMed, LLC, who marketed the property as illustrated by the marketing report attached as **Exhibit A**. An itemized list of the auction results is attached as **Exhibit B**. An itemized list of the expenses incurred by BidMed, LLC is attached as **Exhibit C.**

2. The Trustee is in possession of the total gross auction proceeds of **$1,117,582.30**. Pursuant to the Sale Order, the Trustee is authorized to remit: (1) the fees and expenses of

BidMed, LLC, which consists of a 10% commission and expense reimbursement up to $20,00.00; and (2) *ad valorem* property taxes in the amount of $133,207.37. Accordingly, the Trustee intends to remit the sum of **$131,758.23** to BidMed, LLC and **$133,207.37** to the relevant property taxing authorities in full satisfaction of the *ad valorem* property taxes.

3. The net remaining after the payment of these amounts is **$852,616.70.** Pursuant to prior surcharge agreements, the Trustee expects to retain **$426,308.35** for the benefit of the unsecured estate, and to remit that same amount to the applicable secured creditor(s) following further Order of this Court.

Respectfully submitted,

QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

By: */s/ Hudson M. Jobe*
Hudson M. Jobe
Texas Bar No. 24041189

ATTORNEYS FOR THE TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2024, a true and correct copy of the foregoing was served via the Court's ECF system on debtor's counsel, the United States Trustee, and all parties that have appeared and requested notice via the Court's ECF system.

By: */s/ Hudson M. Jobe*
Hudson M. Jobe

# Auctioneer's Marketing Report

- Registered Users for St. Camillus Auction – 139




- Google Ad Words:

| GOOGLE / ADWORDS | Cost $ | Days Live | Impressions | Clicks | CTR (Interaction Rate) | Avg CPC |
|---|---|---|---|---|---|---|
| Ad group 1 | $2,006.74 | 9 | 263,398 | 1,343 | 0.51% | $1.49 |

- BidMed E-mail Marketing Campaigns:

  5 E-mails sent on following dates to 20,000+ recipients (sample email attached):



Type: All Campaigns | Status: Sent | Label: All | List: All | Search campaign name

| Campaign Name | Sent | Sent to # | Last Modified | Type | |
|---|---|---|---|---|---|
| Camillus Auction Auction Today (Sent) | 01/17/2024 11:57 | 20742 | 01/17/2024 11:52 | One-Time | View Report |
| St. Camillus Auction Inspections Extended... (Sent) | 01/15/2024 12:26 | 28190 | 01/15/2024 12:19 | One-Time | View Report |
| St. Camillus Auction Listings Live (Sent) | 01/10/2024 12:35 | 29790 | 01/10/2024 12:35 | One-Time | View Report |
| Camillus Auction Listings Live (Sent) | 12/29/2023 10:09 | 20972 | 12/28/2023 22:33 | One-Time | View Report |
| J Auction - announcement (Sent) | 12/22/2023 10:39 | 21564 | 12/22/2023 10:33 | One-Time | View Report |

EXHIBIT
A

- Rotating Banner on BidMed.com and custom event landing page:






- Public Press Release on January 12, 2024 (attached), visibility report:

Snapshot report (5 day report):
Assets of closed St. Camillus Medical Center will be sold at auction
**English** | **Story Number:** UN10664 | **Clear Time:** Jan 12, 2024 8:00 AM ET

Total Pickup
137

Total Potential Audience
17,308,646

Release Views & Hits
13,568

Engagement Actions
491

- Press Release posted to BidMed's LinkedIn page and reposted by BidMed employees:

**Joanne Frogge** • You
Co-Founder and Chief Executive Officer at BidMed, LLC | Dynamic, R...
2w •

St. Camillus Medical Center auction next week! Lots of gently used surgical equipment and powered instrument sets available. Great opportunity to save money for anyone opening a new surgery center or adding OR suites!

**BidMed LLC**
343 followers
2w •

Due to the closure of St. Camillus Medical Center, BidMed will host an online auction Jan. 17-18, 2024 to sell its assets. The private hospital opened in 2018 and filed for bankruptcy in 2023.

https://lnkd.in/dbbdbJiA




**Assets of closed St. Camillus Medical Center will be sold at auction**
prweb.com • 1 min read

Post Analytics:

| | |
|---|---|
| **Post URL** | https://www.linkedin.com/feed/update/urn:li:share:7151691147289993218 |
| **Post Date** | Jan 12, 2024 |
| **Post Publish Time** | 9:47 PM |
| | |
| **Post Performance** | |
| Total Impressions | 988 |
| Reactions | 12 |
| Reposts | 3 |
| | |
| **Reactions Highlights Jan 12, 2024 to Jan 31, 2024** | |
| Top job title | Growth Manager |
| Top location | Dallas-Fort Worth Metroplex |
| Top industry | Hospitals and Health Care |

# Assets of closed St. Camillus Medical Center will be sold at auction

NEWS PROVIDED BY
**BidMed**
Jan 12, 2024, 08:00 ET




St. Camillus Medical Center closed its location at 1612 Hurst Town Center Dr. in Hurst, TX.

Due to the closure of St. Camillus Medical Center, BidMed will host an online auction Jan. 17-18, 2024 to sell its assets. The private hospital opened in 2018 and filed for bankruptcy in 2023.

HURST, Texas, Jan. 12, 2024 /PRNewswire-PRWeb/ -- BidMed LLC announced it will hold a two-day online auction to sell the assets of Saint Camillus Medical Center. Assets include medical equipment and supplies, surgical instrumentation, office furniture, and kitchen equipment. The two-day medical online auction will take place January 17-18, 2024, on BidMed's website **http://www.bidmed.com/special-event/saint-Camillus**. Registration is free and open now. Inspection of all equipment is available by appointment to registered buyers.

Saint Camillus Medical Center was conceived in 2016 as a private, physician driven hospital seeking to improve healthcare in the Dallas-Fort Worth Metroplex area. St. Camillus is owned by Physician Synergy Group and opened in 2018 as a state-of-the-art hospital, but challenges faced during the COVID-19 pandemic restrictions, in part, led to the bankruptcy filing in 2023.

---

**"Hospital liquidation auctions allow other healthcare facilities to purchase assets that may not have been attainable without the savings from purchasing used equipment"**

Post this

---

"Whether it is to upgrade medical technology or increase capacity to improve patient care, hospital liquidation auctions allow other healthcare facilities to purchase assets that may not have been attainable without the savings from purchasing used equipment. Every little bit helps because most U.S. hospitals operate in a negative or single digit margin," said Joanne Frogge, BidMed CEO.

A complete list of equipment for sale and details about the auction is available online at **http://www.bidmed.com/special-event/saint-Camillus**.

BidMed LLC (**http://www.bidmed.com/**) is a leader in the healthcare asset management industry, specializing in software and services for inventorying, managing, buying, and selling medical equipment. Powered by innovative technology and proprietary data, BidMed's services include medical asset valuations, inventory reconciliations, asset disposition and liquidations. BidMed is headquartered in Chicago, IL, and has worked with over 550 clients, including hospitals, surgery centers, transition/equipment planning companies, financial lending institutions, bankruptcy firms, and equipment manufacturers.

**Media Contact**

Susanne Collins, BidMed, 1 773-819-2020, **susanne@bidmed.com**, **http://www.bidmed.com/**

SOURCE BidMed

**Hospital Closure Auction Posted - Onsite Inspection January 16th!**

**Special Events** <events@bidmed.com> Wed, Jan 10, 2024 at 12:28 PM
Reply-To: andres@bidmed.com
To: Joanne Frogge <joanne@bidmed.com>

BidMed | Special Events




Connect with us! LinkedIn | Facebook | Twitter | Instagram

# Hospital Closure Auction Posted!

Register and Create a Watch List Now!

Bidding starts January 17th at 9am CST

On-site Inspection is January 16th- Schedule your visit Today!

AUCTION DATES

## January 17-18, 2024



Featured Medical Equipment Includes:

(4) GE OEC 9900 Elite C-ARMs

(1) Mizuho OSI 7803 Trios Surgical Table

(1) Mizuho OSI 5803 Jackson Surgical Table

(2) GE Carestation 650 Anesthesia Machines

(2) Olympus Evis Exera III 190 Systems

(4) Medtronic/Covidien ForceTriad Electrosurgical

(2) Stryker 1488 Endoscopy Towers

(2) Steris Harmony LED 585 Surgical Light Sets

(1) Carl Zeiss OPMI Neuro/NC4 Surgical Microscope

Stryker System 6, 7, 8 Power Drill Sets and Hall Surgical Powered Instruments

200+ Instrumentation Sets (Synthes, Arthocare, Arthrex, DePuy and more)

Location:
Saint Camillus Medical Center
1612 Hurst Town Center Dr
Hurst, TX 76054

Due to Chapter 7 Bankruptcy, BidMed is appointed by the U.S. Trustee to sell all medical assets, instrumentation, supplies, and furniture at auction.

Saint Camillus Medical Center opened in 2018 in the Dallas-Fort Worth area. Don't miss this unique opportunity to purchase like-new medical equipment from a state-of-the-art Hospital!

EVENT DETAILS

Inspection date: **January 16th**.
Schedule an inspection with Andres Serritella at andres@bidmed.com.

For questions regarding this sale, please contact:
Andres Serritella | andres@bidmed.com | 630.930.3341

Connect with us! LinkedIn | Facebook | Twitter | Instagram

*This sale is conducted as a live auction online. For full terms and conditions, please visit the event details page linked in this email, or view our full Terms of Use.*

*Need to sign up for a FREE BidMed account?*

Sent to: joanne@bidmed.com

**Unsubscribe**

BidMed LLC, 1016 W. Jackson Blvd, Chicago, IL 60607, United States

| Lot Number | Lot Description | Price | Paid |
|---|---|---|---|
| 1 | GE Healthcare OEC 9900 Elite C-arm | $ 32,800.00 | YES |
| 2 | GE Healthcare OEC 9900 Elite C-arm | $ 32,800.00 | YES |
| 3 | GE Healthcare OEC 9900 Elite C-arm | $ 32,800.00 | YES |
| 4 | GE Healthcare OEC 9900 Elite C-arm | $ 40,400.00 | YES |
| 5 | Hologic Fluoroscan InSight 2 Mini C-arm | $ 6,800.00 | YES |
| 6 | GE Healthcare AMX 4 Plus Mobile X-ray | $ 1,325.00 | YES |
| 7 | GE Healthcare AMX 4 Plus Mobile X-ray | $ 775.00 | YES |
| 9 | Medrad Inc Stellant Injector | $ 4,200.00 | YES |
| 10 | Oakworks Medical Inc CFPM300 Imaging Table | $ 8,050.00 | YES |
| 11 | Konica Minolta Regius 190 CR Reader | $ 725.00 | YES |
| 12 | Mizuho OSI Trios 7803 Surgical Table | $ 45,000.00 | YES |
| 13 | Mizuho OSI Jackson 5803 Surgical Table | $ 26,551.00 | YES |
| 14 | STERIS Corp 4085 Surgical Table | $ 9,500.00 | YES |
| 15 | STERIS Corp 4085 Surgical Table | $ 8,200.00 | YES |
| 16 | Berchtold Corp Operon D 850 Surgical Table | $ 2,600.00 | YES |
| 17 | FHC Inc FHC1000S Surgical Table | $ 2,450.00 | YES |
| 18 | FHC Inc FHC1000KS Surgical Table | $ 2,200.00 | YES |
| 19 | STERIS Corp HARMONY LED 585 Surgical Lights | $ 11,000.00 | YES |
| 20 | STERIS Corp HARMONY LED 585 Surgical Lights | $ 7,000.00 | YES |
| 21 | TRUMPF Medical Sys Medizin System Surgical Lights | $ 3,250.00 | YES |
| 22 | TRUMPF Medical Sys Medizin System Surgical Lights | $ 3,250.00 | YES |
| 23 | TRUMPF Medical Sys Medizin System Surgical Lights | $ 3,250.00 | YES |
| 24 | TRUMPF Medical Sys Medizin system Surgical Lights | $ 3,250.00 | YES |
| 25 | Carl Zeiss OPMI Neuro/NC4 Surgical Microscope | $ 8,502.00 | YES |
| 26 | Carl Zeiss OPMI 1-FC Surgical Microscope | $ 5,900.00 | YES |
| 27 | Leica Micro Leica F50 Surgical Microscope | $ 26,200.00 | YES |
| 28 | GE Healthcare Carestation 650 Anesthesia Machine | $ 16,800.00 | YES |
| 29 | GE Healthcare Carestation 650 Anesthesia Machine | $ 17,000.00 | YES |
| 30 | Draeger Inc Apollo 8603800-25 Anesthesia Machine | $ 3,250.00 | YES |
| 31 | Draeger Inc Apollo 8603800-25 Anesthesia Machine | $ 3,250.00 | YES |
| 32 | Draeger Inc Apollo 8603800-25 Anesthesia Machine | $ 3,250.00 | YES |
| 33 | Draeger Inc Apollo 8603800-25 Anesthesia Machine | $ 3,250.00 | YES |
| 35 | (2) Magaw Medical CoPilot VL Glidescope and (1) Konig Laryngoscope Set | $ 975.00 | YES |
| 36 | COVIDIEN ForceTriad Electrosurgical Unit | $ 3,300.00 | YES |

EXHIBIT
B

| | | | | |
|---|---|---|---|---|
| 37 | COVIDIEN ForceTriad Electrosurgical Unit | $ | 3,300.00 | YES |
| 38 | COVIDIEN ForceTriad Electrosurgical Unit | $ | 3,300.00 | YES |
| 39 | COVIDIEN ForceTriad Electrosurgical Unit | $ | 3,300.00 | YES |
| 40 | Arthrocare Corporation Coblator II Electrosurgical Units | $ | 1,950.00 | YES |
| 41 | Arthrocare Quantum 2 Electrosurgical Units QTY 4 | $ | 1,640.00 | YES |
| 42 | Johnson and Johnson Malis CMC III Electrosurgical Unit | $ | 175.00 | YES |
| 43 | (3) Ethicon GEN 11 Generators and (3) Harmonic Scalpels | $ | 8,120.00 | YES |
| 44 | Medtronic AEX Generator 40-405-1R Generator QTY 2 | $ | 5,800.00 | YES |
| 45 | Peak Surgical Inc Pulsar Generator | $ | 275.00 | YES |
| 47 | Smith & Nephew Dyonics Power II Control Systems QTY 6 | $ | 2,800.00 | YES |
| 48 | CONMED D4000 Arthroscopic Resection System QTY 3 | $ | 5,250.00 | YES |
| 50 | Misonix Bone Scalpel Generator Console and (2) Bone Scalpel Handpieces | $ | 5,000.00 | YES |
| 51 | Stryker RF Multigen 0406-900-000 Interventional Spine Generator | $ | 5,700.00 | YES |
| 52 | Stryker Crossfire 0475000000 Integrated Arthoscopy System QTY 3 | $ | 450.00 | YES |
| 53 | Stryker CrossFlow 0450000000 Integrated Arthroscopy Pump | $ | 175.00 | YES |
| 54 | Stryker Flosteady Arthroscopy Pumps QTY 2 | $ | 625.00 | YES |
| 56 | Conmed 10K Fluid Management System Pump QTY 2 | $ | 775.00 | YES |
| 58 | Medtronic Aquamantys 40-402-1 Flow System | $ | 175.00 | YES |
| 59 | Medtronic IPC Power Console | $ | 3,700.00 | YES |
| 61 | Stryker SmartPump Tourniquet Systems QTY 2 | $ | 1,025.00 | YES |
| 62 | Zimmer ATS 2200TS Automatic Tourniquet System QTY 2 | $ | 2,200.00 | YES |
| 63 | ACMI Corp Berkeley VC-10 Vacuum Curettage System | $ | 1,150.00 | YES |
| 68 | Revolix 105-201-121 Urological Surgery Laser | $ | 225.00 | YES |
| 70 | Smith & Nephew Versajet II Hydrosurgery System | $ | 275.00 | YES |
| 71 | (3) 3M Ranger 245 and (1) Smiths Medical Level 1 Fluid Warmers | $ | 250.00 | YES |
| 72 | Luxtec 9300XSP Light Source QTY 6 | $ | 700.00 | YES |
| 74 | Medtronic Midas Rex BM120 Bone Mill QTY 2 | $ | 45.00 | YES |
| 76 | Baxter Fibrinotherm Fibrin Sealant | $ | 70.00 | YES |
| 77 | (7) Stryker Flyte Helmets w/ (3) Steri-Shield Chargers and (23) Batteries | $ | 2,500.00 | YES |
| 78 | STERIS Corp Flexmatic Scrub Station Scrub Sink QTY 6 | $ | 18,000.00 | YES |
| 79 | Stryker Vision Elect HDTV 26" monitor QTY 8 | $ | 5,100.00 | YES |
| 80 | Global Industrial OL50-503E Dehumidifier QTY 3 | $ | 675.00 | YES |
| 82 | Allen Medical Systems Lift- assist beach chair Beach Chair | $ | 1,700.00 | YES |
| 83 | Limb Positioners- (1) Smith & Nephew/Tenet Spider and (1) McConnel Shoulder Retractor | $ | 2,200.00 | YES |

| | | | | |
|---|---|---|---|---|
| 84 | Stryker 1488HD Endoscopy Tower with (2) Camera Heads and Couplers | $ | 7,100.00 | YES |
| 85 | Stryker 1488HD Endoscopy Tower with (2) Camera Heads and Couplers | $ | 6,500.00 | YES |
| 87 | (4) Stryker 1488HD Camera Heads with (4) 18mm Couplers | $ | 1,480.00 | YES |
| 90 | Olympus America Inc EVIS EXERA III 190 System Endoscopy Tower | $ | 22,950.00 | YES |
| 91 | Olympus America Inc EVIS EXERA III 190 System Endoscopy Tower | $ | 20,550.00 | YES |
| 92 | Olympus America Inc GIF-H190 Gastroscope EVIS Extera III | $ | 9,700.00 | YES |
| 93 | Olympus America Inc GIF-H190 Gastroscope EVIS Extera III | $ | 9,700.00 | YES |
| 94 | Stryker Flexvision C-8 Flexible Cystoscope | $ | 225.00 | YES |
| 95 | Olympus Medical Systems Endoeye Flex Flexible Laparoscope | $ | 1,500.00 | YES |
| 98 | Medivators CER-1 and CER-2 Scope Reprocessors | $ | 7,700.00 | YES |
| 99 | Johnson and Johnson Sterrad NX Sterilizer | $ | 1,056.30 | YES |
| 100 | Belimed WD250 Sterilizers QTY 2 | $ | 1,360.00 | YES |
| 101 | (1) Steris Evolution HC-800 and (1) Belimed MST-V6-0-12VS1 Sterilizers | $ | 6,400.00 | YES |
| 102 | Belimed MST 5-5-9 VS1 Sterilizer QTY 2 | $ | 925.00 | YES |
| 103 | STERIS Corp 1800DF Ultrasonic Cleaning System | $ | 1,850.00 | YES |
| 104 | (7) Mindray Datascope Passport 12 Monitors, (4) AG 5 Agent Modules and (5) CO2 Sidestream Module | $ | 17,900.00 | YES |
| 105 | Mindray Datascope Passport V Patient Monitor QTY 10 | $ | 10,075.00 | YES |
| 106 | Mindray Datascope Spectrum Patient Monitor QTY 6 | $ | 525.00 | YES |
| 107 | Mindray Datascope Passport 2 Patient Monitor QTY 10 | $ | 2,950.00 | YES |
| 108 | Datascope Corporation Accutorr Plus Vital Signs Monitor QTY 12 | $ | 225.00 | YES |
| 109 | (2) GE Healthcare MAC 1200 EKG Machines and (1) Nihon Kohden Cardiofax | $ | 651.00 | YES |
| 110 | (2) Panorama 12 Channel Central Station Telemetry Monitors and Dell CPU | $ | 230.00 | YES |
| 111 | Lot #111 Philips Healthcare Respironics Trilogy 202 Ventilator | $ | 1,750.00 | YES |
| 112 | Draeger Inc EVITA XL Ventilator | $ | 1,025.00 | YES |
| 114 | Medtronic Lifepak 20 Defibrillator QTY 3 | $ | 1,600.00 | YES |
| 115 | Laerdal Med LCSU 3 Suction Unit QY 5 | $ | 325.00 | YES |
| 116 | Waterloo and Medline Crash Carts QTY 20 | $ | 4,100.00 | YES |
| 119 | Stryker Secure 3002 S3 Patient Bed QTY 22 | $ | 29,300.00 | YES |
| 120 | Stryker Glideaway 1015 - Big Wheel Stretcher Qty 8 | $ | 24,100.00 | YES |
| 121 | (16) Stryker Transport 737 and (1) 1027 Trauma Stretchers | $ | 10,000.00 | YES |
| 122 | Stryker CUB FL19H Crib QTY 2 | $ | 1,125.00 | YES |
| 123 | B Braun Med Perfusor Space Infusion Pump QTY 4 | $ | 4,600.00 | YES |
| 124 | Q Core Medical Ltd Sapphire 15032-000-0028 Infusion Pump QTY 33 | $ | 8,700.00 | YES |
| 125 | Verathon BVI 9400 BladderScanner | $ | 425.00 | YES |

| | | | | |
|---|---|---|---|---|
| 126 | (3) Natus Freedop and (1) IMEXDOP CT+ Dopplers | $ | 800.00 | YES |
| 127 | (4) Drive Bariatric Lifts and (1) Linak Mobile Lift | $ | 1,785.00 | YES |
| 128 | Welch Allyn, Inc. Otoscope and Opthalmascope Sets QY 5 | $ | 675.00 | YES |
| 129 | Medline Wheelchairs QTY 8 | $ | 2,000.00 | YES |
| 131 | (1) Biomet and (1) LW Scientific Centrifuges | $ | 395.00 | YES |
| 132 | (1) Siemens Urine Analyzer and (1) 3M Attest 490 Auto Reader | $ | 245.00 | YES |
| 137 | Steris Blanket Warmers- (2) QDJ02 and (2) QDJ04 | $ | 4,075.00 | YES |
| 138 | Stryker Mistral Air Plus MA1100-PM Forced air warming system QTY 14 | $ | 2,000.00 | YES |
| 140 | 3M Bair Hugger 750 Forced Air Patient Warming Unit QTY 2 | $ | 800.00 | YES |
| 141 | 3M Bair Hugger 775 Forced Air Patient Warming Unit QTY 12 | $ | 5,900.00 | YES |
| 144 | Stryker System 8 Large Bone Powered Instrument Set | $ | 8,500.00 | YES |
| 145 | Stryker System 8 Large Bone Powered Instrument Set | $ | 8,500.00 | YES |
| 146 | Stryker System 8 Small Bone Powered Instrument Set | $ | 8,550.00 | YES |
| 147 | Stryker System 8 Small Bone Powered Instrument Set | $ | 7,900.00 | YES |
| 148 | Stryker System 8 Small Bone Powered Instrument Set | $ | 7,900.00 | YES |
| 149 | Stryker System 7 Powered Instrument Set | $ | 2,400.00 | YES |
| 150 | Stryker System 7 Powered Instruments- Saws QTY 4 | $ | 1,650.00 | YES |
| 152 | Stryker Core Universal Driver 5400-99 Power Instrument Set(s) | $ | 2,550.00 | YES |
| 154 | Hall Surgical (ConMed) Large Bone Powered Instrument Set | $ | 1,600.00 | YES |
| 156 | Hall Surgical (ConMed) Large Bone Powered Instrument Set | $ | 1,600.00 | YES |
| 158 | Hall Surgical (ConMed) Small Bone Powered Instrument Set | $ | 4,500.00 | YES |
| 159 | Hall Surgical (ConMed) Small Bone Powered Instrument Set | $ | 4,500.00 | YES |
| 160 | Hall Surgical (ConMed) Small Bone Powered Instrument Set | $ | 4,500.00 | YES |
| 165 | CONMED Advantage Turbo D9924 Shavers QTY 8 | $ | 2,980.00 | YES |
| 166 | Stryker Formula 180 375-708-500 Shavers QTY 5 | $ | 3,350.00 | YES |
| 167 | Smith & Nephew Dyonics Powermax Elite 72200616 Shavers QTY 4 | $ | 2,700.00 | YES |
| 169 | Stryker The Mill 5400-700 Bone Mills QTY 2 | $ | 525.00 | YES |
| 171 | Stryker SYSTEM 6 Battery Charger with (5) Batteries | $ | 800.00 | YES |
| 172 | CONMED L3000 Battery Charger with (7) Batteries | $ | 925.00 | YES |
| 173 | (4) Sets of (3) Stryker Ideal Eyes 4mm Arthroscopes (0, 45, 70 degree) | $ | 1,437.00 | YES |
| 174 | (7) Stryker Ideal Eyes 4mm Arthroscopes- (6) 30 degree and (1) 45 degree) | $ | 2,650.00 | YES |
| 176 | (3) Sets of 2 Stryker Ideal Eyes 5mm Laparoscopes (0 and 30 degree) | $ | 825.00 | YES |
| 177 | (10) Stryker Ideal Eyes Laparoscopes- (6) 0 degree, (3) 30 degree, (1) 45 degree | $ | 2,550.00 | YES |
| 178 | (5) Stryker Ideal Eyes 5mm Laparoscopes- (4) 30 degree and (1) 45 degree | $ | 1,200.00 | YES |
| 180 | Stryker Hip Trays QTY 4 | $ | 1,560.00 | YES |

| | | | | |
|---|---|---|---|---|
| 181 | (3) DePuy Moreland Hip Sets- (2) Cemented and (1) Cementless Revision | $ | 1,750.00 | YES |
| 182 | V. Mueller Ortho Major Instrumentation Set(s) QTY 3 | $ | 3,300.00 | YES |
| 183 | Minor Ortho Instrumentation Set(s) QTY 5 | $ | 4,000.00 | YES |
| 184 | Major Set Instrumentation Set(s) QTY 2 | $ | 725.00 | YES |
| 185 | Minor Set Instrumentation Set(s) QTY 3 | $ | 1,150.00 | YES |
| 186 | (3) Plastics Sets- (2) Minor and (1) Major | $ | 2,300.00 | YES |
| 187 | ALIF Instrumentation Sets QY 4 | $ | 3,000.00 | YES |
| 188 | Basic spine Instrumentation Set(s) QTY 5 | $ | 5,000.00 | YES |
| 189 | Koros USA Basic Blue Boy Titanium Lumbar Spine Retractor System Instrumentation Set | $ | 2,600.00 | YES |
| 192 | Arthrocare Ankle Distractor 19-2000 Instrumentation Set | $ | 1,600.00 | YES |
| 193 | Stryker Arthroscopy Set Instrumentation Set(s) QTY 6 | $ | 19,000.00 | YES |
| 194 | Linvatec Microfracture AWL Instrument Set (s) | $ | 325.00 | YES |
| 197 | (3) Bariatric Procedure Sets and (2) Storz Gastric Banding Retractors | $ | 1,050.00 | YES |
| 198 | Koros USA Black Belt Retractor Instrument Set | $ | 2,600.00 | YES |
| 199 | BMT Tray Instrumentation Set(s) QTY 2 | $ | 625.00 | YES |
| 200 | Bookwalter Instrumentation Set | $ | 1,025.00 | YES |
| 201 | Carpal Tunnel Instrument Sets QTY 2 | $ | 625.00 | YES |
| 202 | Stryker Conquest Arthroscopy Sets QTY 2 | $ | 1,290.00 | YES |
| 203 | Arthrex Inc Cruciate ToolBox ACL Set Instrument Set | $ | 875.00 | YES |
| 204 | DePuy Moreland Knee, ConMed Meniscal Rasps, Alvarado Knee Holder | $ | 1,180.00 | YES |
| 205 | Urology/Cysto Sets- Stryker and Olympus QTY 2 | $ | 3,400.00 | YES |
| 206 | Stryker Dall-Miles Recon & Trauma Cable System Instrumentation Set | $ | 4,200.00 | YES |
| 207 | DND set Instrumentation Set | $ | 325.00 | YES |
| 208 | V. Mueller Eye Set Instrumentation Set(s) QY 4 | $ | 1,370.00 | YES |
| 209 | Instratek Incorporated Endotrac System Endoscopic Plantar Fasciotomy Instrumentation | $ | 525.00 | YES |
| 210 | DePuy (Mitek) Expressew III Autocapture + Instrumentation Set | $ | 675.00 | YES |
| 213 | Lap Instrumentation Set(s) QTY 6 | $ | 1,820.00 | YES |
| 214 | Maxillo Facial Instrument Set | $ | 475.00 | YES |
| 215 | McCulloch Retractor Set and Dural Rep Set | $ | 2,000.00 | YES |
| 217 | Nasal Set Instrumentation Set(s) QTY 3 | $ | 1,300.00 | YES |
| 219 | Conmed Linvatec Spectrum II Tissue Repair System Instrumentation Set | $ | 775.00 | YES |
| 220 | Koros USA Super Slide Retractor Instrumentation Set | $ | 5,000.00 | YES |
| 221 | T&A Instrumentation Sets QTY 4 | $ | 1,280.00 | YES |

| | | | | |
|---|---|---|---|---|
| 222 | Trach Tray Instrumentation Set(s) QY 2 | $ | 425.00 | YES |
| 223 | Conmed Linvatec Traction Tower Extremity Traction Device | $ | 1,600.00 | YES |
| 224 | Vascular Set Instrumentation Set | $ | 550.00 | YES |
| 225 | V. Mueller Versa-Trac Retractor System | $ | 4,000.00 | YES |
| 227 | Synthes Inc Titanium Elastic Nail System Elastic Nail With Removal Pliers | $ | 3,050.00 | YES |
| 228 | Lambotte Osteotome Instrumentation Set(s) QTY 3 | $ | 925.00 | YES |
| 229 | Osteotomes and Curette Racks | $ | 425.00 | YES |
| 230 | (3) Currettes Sets- Karlin, Extra-Long, and MISC Osteotomes & Kerrisons | $ | 850.00 | YES |
| 231 | Biomet Inc Extra Long Kerrisons & Pitutary Rongeur Instrumentation Set | $ | 1,200.00 | YES |
| 232 | Arthrex Inc Chondro Picks Instrument Set(s) QTY 2 | $ | 1,150.00 | YES |
| 233 | (6) Sets of Pins & Wires (Synthes and Stryker) | $ | 925.00 | YES |
| 235 | Synthes Inc Bone Forceps Instrumentation Set | $ | 1,300.00 | YES |
| 237 | (5) Surgical Positioning Arm Systems- Iron Intern, Flex Arm, Mediflex, Elmed and Arthrex Adapter | $ | 1,700.00 | YES |
| 238 | Ortho Med Inc Rod Cutters QTY 2 | $ | 625.00 | YES |
| 240 | Adson Smooth, Adson Teeth, Adson Brown, Bayonette, Debakey Forceps, Dressing Forceps | $ | 475.00 | YES |
| 241 | Crile Artery Forceps, Pean Artery Forceps, #3 Knife Handles, #7 Knife Handles, Bayonet Knife Handles, Beaver Knife Handles | $ | 525.00 | YES |
| 242 | Right Angle Forceps, Tonsil Forceps, Webster Needle Driver, Hegar Needle Driver, Ryder Needle Driver | $ | 525.00 | YES |
| 243 | Bipolar Forceps, Frazier Suction, Poole Suction, Tonsil Suction, Dental Pick, S Retractor, Sponge Stick | $ | 505.00 | YES |
| 245 | McElroy Retractor, Lamina Spreaders, Nerve Root Retractors, Nerve Hooks, Ball Probes | $ | 1,450.00 | YES |
| 246 | Closed Cervical Distractors, Cerebellar Retractors, Bayonette Bipolars, Teardrop Suctions | $ | 1,400.00 | YES |
| 247 | Distraction Screw Drivers, Clip Appliers, Vein Retractors, Woodsons, Ligamentum Flavums, Ruggles | $ | 505.00 | YES |
| 248 | Alms Heiss, Calipers, Rulers, Army Navy, Appendiceal, Deaver Retractors, Right Angle Retractors, Green Retractors, Meyerding Retractors, Large Meyerding Retractors, Self Retaining Meyerding Retractors | $ | 575.00 | YES |
| 249 | Rakes, Richardson Retractors, Ribbon Retractors, Single Skin Hooks, Double Skin Hooks, Senns, Ragnells, McGlamery Elevators | $ | 850.00 | YES |
| 250 | Leksells, Castro Needle Holders, Potts Scissors, Spinal Curettes, Invuity Cords | $ | 505.00 | YES |

| | | | | |
|---|---|---|---|---|
| 251 | Retractors- Cobra, Hibs, Hohman, Taylor, Bennett, Langenbeck, PCL/Lateral | $ | 505.00 | YES |
| 253 | Surgical Pins and Wires QTY 2 | $ | 1,030.00 | YES |
| 254 | Loose Pituitary Graspers | $ | 550.00 | YES |
| 255 | Loose Kerrisons | $ | 625.00 | YES |
| 256 | Loose Assorted Scissors- Bandage, Cooley, Facelift, Iris, Littler, Mayo, Metz, Long Metz, Tenotomy | $ | 625.00 | YES |
| 258 | Elevators, Bone Hooks, Bone Rasps, Bone Clamps, Currettes | $ | 505.00 | YES |
| 259 | Rongeurs, Pliers, and Bone Tamps | $ | 505.00 | YES |
| 260 | Meniscal Rasps, Suture Cutter/Scorpion Fast Pass, Arthur's Extras | $ | 675.00 | YES |
| 263 | Weitlanders, Gelpies, Medicine Cups | $ | 550.00 | YES |
| 269 | Medline Tubing, catheters, foleys, etc | $ | 2,000.00 | YES |
| 273 | Stainless Steel Surgical Tables/Stands/Stools Mayo Stands, Kick buckets, SS Tables, SS Step stools, seated rolling stools | $ | 7,100.00 | YES |
| 274 | Metro wire shelving/racking QTY 59 | $ | 6,500.00 | YES |
| 276 | Specialized Stainless Carts in Sterile Processing QTY 5 | $ | 575.00 | YES |
| 277 | Blue Storage Bins QTY 200 | $ | 1,025.00 | YES |
| 278 | Stryker Trufit Overbed Table QTY 60 | $ | 18,800.00 | YES |
| 279 | Patient Room Recliners, Sleeper Chairs, and Bedside Cabinets QTY 74 | $ | 24,200.00 | YES |
| 280 | Waiting Room Furniture- Chairs, Couches, Console & End Tables QTY 62 | $ | 18,800.00 | YES |
| 281 | Artwork QTY 20 | $ | 1,225.00 | YES |
| 282 | Executive Conference Room & Lounge Furniture | $ | 3,300.00 | YES |
| 284 | Commercial Refrigerators & Freezers QTY 4 | $ | 3,900.00 | YES |
| 285 | Alto Shamm Inc. COMBITHERM 6.10 ESG Combination Oven & Steamer | $ | 2,350.00 | YES |
| 286 | Tabletop Griddle, Grill, Fryer, and Warming Drawers | $ | 5,600.00 | YES |
| 287 | Manitowoc Commercial Ice Machine | $ | 2,300.00 | YES |
| 294 | Karl Storz Rigid Scopes, Cannulas, and Obturators | $ | 1,200.00 | YES |
| 296 | Stryker Osteosynthesis Implant Extraction Set | $ | 2,000.00 | YES |
| 297 | Ruggles Cervical/Spinal Curettes Instrument Set | $ | 725.00 | YES |
| 300 | Bionx Meniscus Arrow Instrumentation Set | $ | 55.00 | YES |
| 305 | Jackson Table Cart with Imaging Top, Wilson Frame, and Assorted Accessories | $ | 7,800.00 | YES |
| 309 | MISC Surgical Accessories | $ | 2,300.00 | YES |
| 310 | MISC Surgical Foot Pedals | $ | 1,425.00 | YES |
| 311 | (4) Surgical LED Headlight Systems and Batteries | $ | 2,700.00 | YES |
| 314 | Abbott i-STAT 1 300G Analyzer | $ | 700.00 | YES |
| 318 | (75) Flow Meters | $ | 1,300.00 | YES |

| | | | | |
|---|---|---|---|---|
| 319 | (60) Gentec Vacuum Regulators | $ | 7,200.00 | YES |
| 320 | (8) Roche Accu-Check Inform II Analyzers and Supplies | $ | 175.00 | YES |
| 321 | Patient Monitor Cables | $ | 1,125.00 | YES |
| 322 | (44) Lead aprons/vests and (6) racks | $ | 775.00 | YES |
| 328 | Boxes of Ethicon Sutures- Various Materials and Sizes | $ | 1,640.00 | YES |
| 332 | Respiratory Workroom Supplies | $ | 1,025.00 | YES |
| 336 | (5) Stainless Steel Tables in Sterile Processing | $ | 625.00 | YES |
| 337 | Linen Trolley Carts with Lids on Wheels QTY:39 | $ | 525.00 | YES |
| 338 | Rubbermaid Medical Solutions Trash Bins and Waste Baskets QTY: 135 | $ | 1,350.00 | YES |
| 339 | Rolling Racking System in Materials Management | $ | 2,150.00 | YES |
| 340 | (15) Mesh Swivel Task Chairs on Wheels with Arm Rests | $ | 325.00 | YES |
| 341 | (35) Leather Swivel Task Chairs with Wheels | $ | 525.00 | YES |
| 342 | (4) Digital Scales and (4) Sphygmomanometers | $ | 250.00 | YES |
| Post-Sale Left Ove | (1) Stryker S3 Bed | $ | 1,330.00 | YES |
| Post-Sale Left Over Items Grouped Lot of Following Lots: | | $ | 80,000.00 | YES |
| 8 | Siemens Healthineers Mobilett XP Hybrid Mobile X-Ray | | | |
| 30 | Draeger Inc Apollo 8603800-25 Anesthesia Machine | | | |
| 46 | Smith & Nephew Werewolf RF20000 Coblation Systems | | | |
| 49 | CONMED Edge AES-1 Arthroscopic Energy Generator | | | |
| 55 | Smith & Nephew GoFlo 722049685 Fluid Management Pump | | | |
| 57 | Smith & Nephew Dyonics 25 Fluid Management System | | | |
| 60 | Medtronic NIM-Response 3.0 Nerve Monitoring System | | | |
| 64 | THD America Evolution 700016 Hemorrhoidal Surgery System | | | |
| 65 | Karl Storz Clearvision II Lens Irrigation Unit | | | |
| 66 | Halyard Health Coolief PMG-Advanced Pain Management Generator | | | |
| 67 | DePuy VAPR VUE Radiofrequency Electrode System | | | |
| 69 | Gynecare MD0100 Tissue Morcellator | | | |
| 73 | Welch Allyn, Inc. CL 100 Light Source | | | |
| 75 | Baxter DuploSpray MIS Regulator | | | |
| 81 | Allen Medical Systems YellowFin Elite Stirrups | | | |
| 86 | Stryker 1488HD Endoscopy System- SDC Ultra, 1488HD Camera, L9000 Light Source, Pneumo Sure Insufflator | | | |
| 88 | (3) 1288 Couplers With (3) 20mm Camera Heads | | | |
| 89 | Stryker SDC Ultra 240-050-988 Information Management System | | | |
| 96 | Olympus America Inc LF-GP Tracheal Intubation Scope | | | |

| | | | |
|---|---|---|---|
| 97 | Stryker U-500 Flexvision 503-888-000 Ureteroscope | | |
| 113 | (1) Bird Mark 7a Respirator And (2) Philips CPAP Machines | | |
| 130 | (2) Lab Refrigerators And (2) Freezers | | |
| 133 | Thermo Scientific Microm HM 550 Cryostat | | |
| 134 | Sysmex CA-600 Series Coagulation Analyzer | | |
| 135 | BeckmanCoulter ACT Diff 5 AL Analyzer | | |
| 136 | Radiometer-Copenhagen ABL 80 Flex Blood Gas Analyzer | | |
| 139 | 3M Bair Paws 875 Patient Adjustable Warming Unit | | |
| 142 | Stryker Neptune 2 Rover Waste Disposal System | | |
| 143 | Zimmer Biomet IntelliCart Duo Fluid Cart 00514010100 Waste Disposal System | | |
| 151 | Stryker System 6 Powered Instrument Set | | |
| 153 | Stryker CD3/Sabo Saw Small Bone Drill Set | | |
| 155 | Stryker Core Maestro 5400-200-000 Drill Set | | |
| 157 | Hall Surgical (ConMed) Large Bone Powered Instrument Set | | |
| 161 | Hall Surgical (ConMed) Small Bone Powered Instrument Set | | |
| 162 | Hall Surgical (ConMed) Small Bone Powered Instrument Set | | |
| 163 | Hall Surgical (ConMed) Small Bone Powered Instrument Set | | |
| 164 | Hall Surgical (ConMed) Hall 50 PRO7400B Reciprocal Saw | | |
| 168 | Medtronic Straightshot M4 Microdebrider Shavers | | |
| 170 | COVIDIEN Sonicision Ultrasonic Dissection Device with (2) sets of Reusable Generators and Batteries | | |
| 175 | (4) Sets Of 2 Stryker Ideal Eyes 10mm Laparoscopes (0 And 45 Degree) | | |
| 179 | Karl Storz Arthroscope(s) | | |
| 190 | Biomet Inc Spine Lumbar Specialty Instrumentation Set | | |
| 191 | (2) Shoulder Sets- (1) Zimmer Retractor Tray And (1) Small Procedure | | |
| 195 | Arthrocare OPUS Smartstitch Autocuff Sets | | |
| 196 | (9) GYN Instrument Sets- LAVH, Hysterectomy, Balfour Reforceliar, Micro Kleppinger, Cervical Curettes And Extras | | |
| 211 | Gastrointestinal Instrumentation Set(s) | | |
| 212 | Wolfe Kleppinger 4005714 Cholecystectomy Laparoscopes | | |
| 216 | Link Orthopaedic Modified Bankart Instrument Set Instrumentation Set | | |
| 218 | Proctoscope, Bowel And Rectal Set | | |
| 226 | Aesculap Inc Kairison Instrumentation Set | | |
| 234 | Arthrex GraftPro Set, Graft Workstation, And OATS Sizer/TAMPS | | |
| 236 | Rhoton Dissectors Instrument Set(s) | | |

| | | | |
|---|---|---|---|
| 239 | Loose Forceps (Various Types) & (2) Long Sets | | |
| 244 | ACF Extras | | |
| 252 | Lap Needle Drivers, Lap Probes, Lap Knot Pushers, Lap Spatulas | | |
| 257 | Lap Biopsy, Lap Right Angle, Lap Tennaculum, Lap Hippi, Lap Jaws, Uterine Sounds, Uterine Curettes, Tennaculum, Hulka Manipulators, Jorgenson Scissors, Ballentine Clamps, Van Buren Sounds, Dilators, P | | |
| 261 | Arthroscopy, S - Hook, Hess Cross Action, Finger Traps, Tendon Passer, Christmas Tree | | |
| 262 | Oschners, Adairs Allis, Babcock, Lahey | | |
| 264 | Bougies, No Stitch Vasectomy | | |
| 265 | (3) Zimmer And (7) Stryker Cement Guns/Injectors | | |
| 266 | Boxes Of Ethicon Sutures- Various Materials And Sizes | | |
| 267 | Anesthesia Workroom Supplies | | |
| 268 | Disposable Surgical Supplies | | |
| 270 | Round w/ trocars, Flat w/ trocars, blades, syringes, hemovacs | | |
| 271 | CONMED Probes, anchors, Y-knots, poplock, sut hook, dry-doc | | |
| 272 | Materials Management Supplies | | |
| 275 | Racks on wheels Metro Rack Carts | | |
| 283 | Samsung Monitor, Television | | |
| 288 | Stryker System 8 Small Bone Powered Instrument Set | | |
| 289 | Padgett Model B Electro Dermatome | | |
| 290 | (6) Ethicon HP054 Harmonic Hand Piece & (1) Ethicon HPBlue Harmonic Hand Piece | | |
| 291 | Osteomed 450-0030 Modular Handpiece System | | |
| 292 | (2) Linvatec Advantage D9824 Handpieces | | |
| 293 | (4) Stryker Ideal Eyes Arthroscopes | | |
| 295 | Zeus-T Transforaminal Lumbar Interbody Instrumentation Set | | |
| 298 | Konig Laryngoscopy Instrument Set | | |
| 299 | V. Mueller Neuro/Spine Instrument Set | | |
| 301 | MISC Surgical Instruments | | |
| 302 | O'Sullivan-O'Connor Retractor Sets | | |
| 303 | (2) Bins Of MISC Graspers | | |
| 304 | MISC Gall Bladder Instruments | | |
| 306 | Integra Mayfield Cranial Positioners And Skull Clamps | | |
| 307 | Assorted Surgical Table Pads, Positioners, And Attachments | | |
| 308 | Mizuho Spiral Cast Attachment | | |

| | | | |
|---|---|---|---|
| 312 | General Physiotherapy G5 Multimatic Percussion Device | | |
| 315 | Nikon ECLIPSE E200 Microscope | | |
| 316 | MISC Lab Equipment | | |
| 317 | (2) Pipettes And Pipette Tips | | |
| 326 | Stryker Sagittal Saws And Blades, Reciprocating Blades, Oscillating Saws, Diamond Burs | | |
| 327 | (12) Boxes Of Smith & Nephew Dyonics Burrs/Blades | | |
| 329 | C-Arm Drape Supplies | | |
| 330 | Smith Nephew Arthroscopic Surgery Blades | | |
| 331 | CONMED SureFit 410-2000 Dual Dispersive Electrodes | | |
| 333 | MISC Supplies From Pre-Op/PACU, ENDO Procedure, And Patient Floor Areas | | |
| 334 | Sterile Processing Supplies | | |
| 343 | Assorted Surgical Supplies | | |
| | | | |
| | **Total Sale Proceeds** | **$ 1,117,582.30** | |

| **Auctioneer's Expenses** | |
|---|---|
| **TRAVEL** | |
| | |
| **Airfare** | |
| Employee 1 Flights | $2,439.88 |
| Employee 2 Flight | $609.97 |
| Employee 3 Flight | $412.10 |
| **Total Airfare** | **$3,461.95** |
| | |
| **Hotels** | |
| Dec 19-21 1 room | $460.67 |
| Jan 15-19 1 room | $678.61 |
| Jan 15-25 1 room | $1,131.10 |
| Jan 24-26 1 room | $559.14 |
| Jan 24-26 2 rooms | $515.28 |
| Jan 15 3 rooms | $339.33 |
| **Total Hotels** | **$3,684.13** |
| | |
| **Rental Cars, Mileage and Gas** | |
| Rental Car Oct 6 | $72.31 |
| Gas Dec 20 | $78.62 |
| Mileage dec 20-21 (local BidMed personnel) | $324.28 |
| Mileage Jan 15-16 (local BidMed personnel ) | $270.60 |
| Mileage Jan 24-26 (local BidMed personnel ) | $310.88 |
| Mileage Jan 30 (local BidMed personnel ) | $88.44 |
| Rental car Jan 15-26 | $917.27 |
| Gas Jan 26 | $68.08 |
| Mileage Jan 30 (local BidMed personnel ) | $88.44 |
| **Total Rentals & Mileage** | **$2,218.92** |
| | |
| **Ubers** | |
| Dec 20 | $40.48 |
| Jan 15 | $54.53 |
| Jan 24 | $40.59 |
| Jan 26 | $37.22 |
| Jan 26 | $48.70 |
| **Total Ubers** | **$221.52** |
| | |
| **Parking** | |
| Dec 21 | $84.00 |
| Jan 20 | $134.00 |
| Jan 23 | $2.00 |
| **Total Parking** | **$220.00** |

EXHIBIT
C

| | |
|---|---|
| **Meals** | |
| Oct 6 | $125.79 |
| Dec 20 | $130.39 |
| Dec 21 | $73.11 |
| Jan 15 | $54.61 |
| Jan 16 | $106.45 |
| Jan 17 | $124.67 |
| Jan 18 | $98.16 |
| Jan 19 | $13.98 |
| Jan 20 | $376.59 |
| Jan 21 | $89.99 |
| Jan 22 | $89.53 |
| Jan 23 | $132.26 |
| Jan 24 | $252.94 |
| Jan 25 | $126.90 |
| Jan 26 | $121.63 |
| **Total Meals** | **$1,917.00** |
| | |
| **ADVERTISING/MARKETING** | |
| | |
| marketing graphics | $400.00 |
| Google Ads Jan 9 | $500.00 |
| Google Ads Jan 10 | $500.00 |
| Press Release | $450.00 |
| Google Ads Jan 15 | $500.00 |
| Google Ads Jan 18 | $500.00 |
| **Total Marketing** | **$2,850.00** |
| | |
| **LABOR** | |
| | |
| Dec 20-21 | $2,212.50 |
| Jan 15-16 | $2,791.50 |
| Jan 24-26 | $3,912.50 |
| Jan 30th | $437.50 |
| **Total Labor** | **$9,354.00** |
| | |
| **BOND** | **$4,900.00** |
| | |
| **TOTAL EXPENSES** | **$28,827.52** |