Hudson M. Jobe
JOBE LAW PLLC
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com

ATTORNEYS FOR THE TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PSG MID-CITIES MEDICAL CENTER, LLC | § | CASE NO. 23-30991-swe7 |
| d/b/a SAINT CAMILLUS MEDICAL | § | (Chapter 7) |
| CENTER, | § | |
| | § | |
| DEBTOR | § | |

**CERTIFICATE OF SERVICE OF**
**TRUSTEE'S MOTION FOR APPROVAL OF DISTRIBUTION OF PROCEEDS OF**
**BANK7 SETTLEMENT AND SALE OF PERSONAL PROPERTY**

**TO THE HONORABLE SCOTT W. EVERETT, BANKRUPTCY JUDGE:**

The undersigned counsel for Scott M. Seidel, the Chapter 7 Trustee ("Trustee") of the referenced Chapter 7 bankruptcy case (the "Bankruptcy Case") hereby certifies that pursuant to the Declaration of Mailing Certificate of Service attached as Exhibit "A" hereto, a true and correct copy of the Trustee's Motion to Approve Distribution of Proceeds of Bank7 Settlement and Sale of Personal Property (Dkt. No. 141) (the "Motion") and the proposed Order attached as Docket No. 141-1 thereto was served on **September 24, 2025** on the parties set forth therein. The list of parties to be served includes the mailing matrix in the Bankruptcy Case, any parties that have filed Notices of Appearance, and all parties that have filed UCC-1's against the Debtor in the records of the Texas Secretary of State.

Respectfully submitted,

By: */s/ Hudson M. Jobe*

Hudson M. Jobe
Texas Bar No. 24041189
**JOBE LAW PLLC**
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com

**ATTORNEYS FOR THE TRUSTEE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:

PSG MID-CITIES MEDICAL CENTER, LLC d/b/a SAINT CAMILLUS MEDICAL CENTER

CASE NO: 23-30991

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 7

ECF Docket Reference No. 141

On 9/24/2025, I did cause a copy of the following documents, described below,

TRUSTEE'S MOTION FOR APPROVAL OF DISTRIBUTION OF PROCEEDS OF BANK7 SETTLEMENT AND SALE OF PERSONAL PROPERTY ECF Docket Reference No. 141

AGREED ORDER ON DISTRIBUTION OF PROCEEDS OF BANK7 SETTLEMENT AND SALE OF PERSONAL PROPERTY (DKT NO. ___) 141-1

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/24/2025

/s/ Hudson Jobe
Hudson Jobe 24041189

Jobe Law PLLC
6060 North Central Expressway, Suite 500
Dallas, TX 75206
214 514 5656
hjobe@jobelawpllc.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:

PSG MID-CITIES MEDICAL CENTER, LLC d/b/a SAINT CAMILLUS MEDICAL CENTER

CASE NO: 23-30991

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 141

On 9/24/2025, a copy of the following documents, described below,

TRUSTEE'S MOTION FOR APPROVAL OF DISTRIBUTION OF PROCEEDS OF BANK7 SETTLEMENT AND SALE OF PERSONAL PROPERTY ECF Docket Reference No. 141

AGREED ORDER ON DISTRIBUTION OF PROCEEDS OF BANK7 SETTLEMENT AND SALE OF PERSONAL PROPERTY (DKT NO. ___) 141-1

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/24/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Hudson Jobe
Jobe Law PLLC
6060 North Central Expressway, Suite 500
Dallas, TX 75206

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

TERRI JANE FREEDMAN ESQ
CHIESA SHAHINIAN GIANTOMASI PC
105 EISENHOWER PARKWAY
ROSELAND NEW JERSEY 07068

TROY J ARAMBURU
SNELL WILMER LLP
15 W SOUTH TEMPLE SUITE 1200
SALT LAKE CITY UTAH 84108

NFS LEASING INC
900 CUMMINGS CENTER SUITE 226U
BEVERLY MA 01915

PEOPLES UNITED BANK
ONE POST OFFICE SQUARE
SUITE 3710
BOSTON MA 02109

CARDINAL HEALTH
7000 CARDINAL PLACE
DUBLIN OH 43017

PEAK LLC AS REPRESENTATIVE
170 WEST SHIRLEY AVE SUITE 207
WARRENTON VA 20186

VARILEASE FINANCE INC
6340 SOUTH 3000 EAST SUITE 400
SALT LAKE CITY UT 84121

PRIME ALLIANCE BANK INC
1868 SOUTH 500 WEST
WOODS CROSS UT 84087

CORPORATION SERVICE COMPANY AS
REPRESENTATIVE
PO BOX 2576
SPRINGFIELD IL 62708

AMERICAN BANK OF COMMERCE
DRAWER 9
WOLFFORTH TX 79382

ZIMMER US INC
200 WEST OHIO AVENUE
DOVER OH 44622

PEOPLES UNITED BANK
ONE POST OFFICE SQUARE
32ND FLOOR
BOSTON MA 02109

DAVID WEITMAN
KL GATES LLP
1717 MAIN ST SUITE 2800
DALLAS TEXAS 75201

FLEX FINANCIAL A DIVISION OF
STRYKER SALES CORPORATION
1901 ROMENCE ROAD PARKWAY
PORTAGE MI 49002

ZACH THOMAS
NICHOLS BRAR WEITZNER THOMAS LLP
2402 DUNLAVY STREET
SUITE 2000
HOUSTON TEXAS 77006

RYAN LURICH
FRIEDMAN FEIGER LLP
DOMINION PLAZA WEST
17304 PRESTON ROAD SUITE 300
DALLAS TEXAS 75252

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-30991
NORTHERN DISTRICT OF TEXAS
WED SEP 24 8-44-45 PST 2025

~~EXCLUDE~~
~~(U)BANK 7~~

BIDMED LLC
1016 WEST JACKSON BLVD
CHICAGO IL 60607-2914

~~EXCLUDE~~
~~(U)CMR MANAGEMENT LP~~

~~EXCLUDE~~
~~(U)CMR PARTNERS LTD~~

INTEGRITY SURGICAL SALES LLC
2303 RANCH RD 620 S STE 160310
AUSTIN TX 78734-6219

LAINFAULKNER
400 N ST PAUL STE 600
DALLAS TX 75201-6897

LIFENET HEALTH
CO ANDREW SOULE
5420 LBJ FREEWAY SUITE 220
DALLAS TX 75240-6388

~~EXCLUDE~~
~~(U)PSG MIDCITIES INVESTMENTS LLC~~

~~EXCLUDE~~
~~(U)PSG MIDCITIES MANAGEMENT LLC~~

DEBTOR
PSG MIDCITIES MEDICAL CENTER LLC DBA
SAI
PO BOX 980451
IRVING TX 75039

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

~~EXCLUDE~~
~~(U)PHYSICIAN SYNERGY GROUP LLC~~

SOUTHERN SPINE LLC
CO COOK KEITH DAVIS
6688 NORTH CENTRAL EXPRESSWAY
SUITE 1000
DALLAS TX 75206-3900

TARRANT COUNTY
LINEBARGER GOGGAN BLAIR SAMPSON LLP
CO SHERREL K KNIGHTON
2777 N STEMMONS FRWY
SUITE 1000
DALLAS TX 75207-2328

TARRANT COUNTY HOSPITAL DISTRICT DBA JPS H
ADAMS LYNCH LOFTIN
CO STACY B LOFTIN
3950 HIGHWAY 360
GRAPEVINE TX 76051-6741

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS REVENU
JAMIE KIRK
12221 MERIT DRIVE SUITE 650
DALLAS TX 75251-2352

TEXAS HEALTH AND HUMAN SERVICES COMMISSION
CO OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY COLLECTIONS DIVISION
PO BOX 12548
AUSTIN TX 78711-2548

~~EXCLUDE~~
~~(U)VARILEASE FINANCE LLC~~

~~EXCLUDE~~
~~1100 COMMERCE STREET~~
~~ROOM 1254~~
~~DALLAS TX 75242-1305~~

3M HEALTH INFO SYSTEMS
575 WEST MURRAY
SALT LAKE CITY UT 84123-4611

986 LABS INC
5890 PADDINGTON WAY
BOCA RATON FL 33496-2514

AAD
CHENGRONG ZHANG
700 HIGHLANDER BLVD
415
ARLINGTON TX 76015-4346

AAD CP
DR JEFFREY HUGHES
700 HIGHLANDER BLVD
415
ARLINGTON TX 76015-4346

AAD CP
SHIVANI PATEL MD
700 HIGHLANDER BLVD
415
ARLINGTON TX 76015-4346

AGG MEDICAL MANAGEMENT
3488 WEBB GARDEN
DALLAS TX 75229-5934

AGG MEDICAL MANAGEMENT
3488 WEBB GARDEN DR
DALLAS TX 75229-5934

AARON EUBANKS MD
COZEN OCONNOR
CO DONNIE M APODACA II
1717 MAIN STREET SUITE 3100
DALLAS TX 75201-7335

ABBOTT RAPID DIAGNOSTICS INC
PO BOX 734697
DALLAS TX 75373-4697

ABBOTTST JUDE
1850 MACARTHUR BLVD NW
ATLANTA GA 30318-2024

ACUITY SURGICAL
14215 PROTON
DALLAS TX 75244-3606

ACUMED LLC
5885 NW CORNELIUS RD
HILLSBORO OR 97124-9370

ADVANCED STERLIZATION PRODUCTS SERVICE
PO BOX 74007359
CHICAGO IL 60674-7359

AETNA INC
AARON MCCOLLOUGH MCGUIREWOODS LLP
77 WEST WACKER DRIVE
SUITE 4100
CHICAGO IL 60601-1818

ALIMED
POBOX 9135
DEDHAM MA 02027-9135

ALL PRO ELECTRICAL SERVICES LLC
13945 OVERLOOK LN
FORNEY TX 75126-8100

ALLEN MEDICAL SYSTEMS
100 DISCOVERY WAY
ACTON MA 01720-4483

ALPHATEC SPINE INC
5818 EL CAMINO REAL
CARLSBAD CA 92008-8816

AMENDIA
1755 WEST OAK PARKWAY
MARIETTA GA 30062-2260

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

AMERITEX GUARD SERVICES
PO BOX 850491
RICHARDSON TX 75085-0491

ANDY SOULE CO RINEY RONQUILLO SOULE
PLLC
5420 LYNDON B JOHNSON FREEWAY
SUITE 220
DALLAS TX 75240-6388

APTUS ADVISORS INC
23986 ALISO CREEK ROAD SUITE 310
LAGUNA NIGUEL CA 92677-3908

APTUS ADVISORS INC
23986 ALISON CREEK ROAD
SUITE 310
LAGUNA NIGUEL CA 92677-3908

(P)ATMOS ENERGY
P O BOX 650205
DALLAS TX 75265-0205

ATMOS ENERGY CORPORATION
ATTN BANKRUPTCY GROUP
PO BOX 650205
DALLAS TX 75265-0205

AVANOS MEDICAL
5405 WINDWARD PKWAY
SUITE 100
ALPHARETTA GA 30004-4668

BANK 7
CO DAVOR RUKAVINA
MUNSCH HARDT
500 N AKARD SUITE 3800
DALLAS TX 75201-6659

BANK7
CO GREG C NOSCHESEMUNSCH HARDT
500 N AKARD
SUITE 3800
DALLAS TX 75201-6659

BECKMAN COULTER INC
250 SOUTH KRAEMER BLVD
PO BOX 8000
BREA CA 92822-8000

BENJAMIN KIM MD
700 HIGHLANDER BLVD
415
ARLINGTON TX 76015-4346

BHOOMI HOLDINGS
2505 HOLLOW HILL RD
PLANO TX 75086

BOSTON SCIENTIFIC
600 LAS COLINAS BLVD
IRVING TX 75039-5616

BOX SYSTEM ELECTRICAL CONTRACTORS
PO
BOX 14 25
ROANOKE TX 76262

CHP HURST TEXAS SURGICAL OWNER LLC
CO CNL HEALTHCARE PROPERTIES INC
450 SOUTH ORANGE AVE
ORLANDO FL 32801-3383

CIHQ
4411 SERENITY TRAIL
MCKINNEY TX 75071-4034

CIPMCUSTOM INTERV PAIN MANAGEMENT
12460 NETWORK BLVD
SUITE 106
SAN ANTONIO TX 78249-3366

CMR PARTNERS
4608 BYRON CIR
IRVING TX 75038-6329

CARDINAL HEALTH
3080 W120
GRAND PRAIRIE TX 75052

CARDINAL HEALTH 110 LLC
ATTN ERIN GAPINSKI
7000 CARDINAL PLACE
DUBLIN OH 43017-1091

CARDINAL HEALTH 200 LLC
ATTN ERIN GAPINSKI
7000 CARDINAL PLACE
DUBLIN OH 43017-1091

CARL ZEISS
MEDITEC INC
PO BOX 100372
PASADENA CA 91189-0003

CAROLYNE KURIA
2404 TELLURIDE DR
FLOWER MOUND TX 75028-7108

CERAPEDICS INC
11025 DOVER STREET
SUITE 1600
BROOMFIELD CO 80021-5574

CITY OF HURST
UTILITY BILLING OFFICE
1505 PRECINCT LINE RD
HURST TX 76054-3302

COMMUNITY TISSUE SERVICE
349 SOUTH MAIN
DAYTON OH 45402-2715

COMPTROLLER OF PUBLIC ACCOUNTS
CO OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY - COLLECTIONS DIVISION MC
-008
PO BOX 12548
AUSTIN TX 78711-2548

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CONMED CORPORATION
11311 CONCEPT BLVD
LARGO FL 33773-4908

DJO SURGICAL
9800 METRIC BLVD
AUSTIN TX 78758-5445

DALLAS 5 STAR CLEANING
SERVICE 5200 S COLONY BLVD
THE COLONY TX 75056-2347

DEPARTMENT OF STATE HEALTH SERVICES
HHSC RECORDS MANAGEMENT GROUP
4601 WEST GUADALUPE STREET MC 1100
AUSTIN TX 78751-3146

DEPUY MITEK
325 PARAMOUNT DR
RAYNHAM MA 02767-5199

DEPUY SYNTHES
1302 WRIGHTS LANE EAST WEST
CHESTER PA 19380

DEPUY SYNTHES JOINT RECON
5905 COLLECTIONS
CHICAGO IL 60693-0001

DIRECT TV
PO BOX 5007
CAROL STREAM IL 60197-5007

DPUY SPINE SALES LP
325 PARAMOUNT DRV
RAYNHAM MA 02767-5199

EENTECH SALES SERVICE INC
1714 HIGGINS LANE
FORT WORTH TX 76111-6640

EMBRACING HANDS HEALTHCARE STAFFING
2557 INDIAN HILLS DRIVE
LITTLE ELM TX 75068-6835

ENCOMPASS GROUP LLC
621 MACON ST
MCDONOUGH GA 30253-3531

EPIC VASCULAR DFW 20
6310 S STATE HWY 360
116
GRAND PRAIRIE TX 75052-8333

EPIMED INTERNATIONAL INC
141 SAL LANDRIO DRIVE
CROSSROAD BUSINESS PARK J
OHNSTOWN NY 12095-3835

EQUIS TRANSITION
6275 MALCOLM DR
DALLAS TX 75214-3095

~~EXCLUDE~~
~~(D)EQUIS TRANSITION~~
~~6275 MALCOLM DR~~
~~DALLAS TX 75214-3095~~

ESUTURESCOM
9645 WILLOW LANE
MOKENA IL 60448-9394

(P)EXTREMITY MEDICAL LLC
300 INTERPACE PKWY
SUITE 410
PARSIPPANY NJ 07054-1148

FEDEX
PO BOX 660481
DALLAS TX 75266-0481

FERGUSON ENTERPRISES LLC
CO MARK A KIRKORSKY PC
PO BOX 25287
TEMPE AZ 85285-5287

FIELDSHEALTHCARE RESEARCH
3814 WEST STEET
SUITE 110
CINCINNATI OH 45227-3743

FILGO OIL
POBOX 565421
DALLAS TX 75356-5421

GMED ONE INC
N28W23050 ROUNDY DRIVE
PEWAUKEE WI 53072-4001

GARRATTCALLAHAN CO
13721 WELCH ROAD
DALLAS TX 75244-4521

GREGORY A WHITTMORE ESQ
4144 N CENTRAL EXPY
SUITE 518
DALLAS TX 75204-2111

(P)HAND BIOMECHANICS LAB INC
ATTN JOY SAECHAO
77 SCRIPPS DRIVE STE 104
SACRAMENTO CA 95825-6209

~~EXCLUDE~~
~~(D)(P)HAND BIOMECHANICS LAB INC~~
~~ATTN JOY SAECHAO~~
~~77 SCRIPPS DRIVE STE 104~~
~~SACRAMENTO CA 95825-6209~~

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

HENRY SCHIEN
DEPT CH 14125
PALATINE IL 60055-4125

HOLOGIC LIMITED PARTNERSHIP
250 CAMPUS DRIVE
MARLBOROUGH MA 01752-3020

HOWARD AND CO PC
8360 MEADOW RD
SUITE 286
DALLAS TX 75231

HUDSON ENERGY SERVICES
105 DECKER CT
SUITE 1050
IRVING TX 75062-2338

~~EXCLUDE~~
~~(D)HUDSON ENERGY SERVICES~~
~~105 DECKER CT~~
~~SUITE 1050~~
~~IRVING TX 75062-2338~~

ICE TECHNOLOGIES
411 SE 9TH STREET
PELLA IA 50219-2295

ICU MEDICAL
951 CALLE AMANECER
SAN CLEMENTE CA 92673-6212

IMEDX INC
POBOX 5876
CAROL STREAM IL 60197-5876

INTEGRA LIFESCIENCES CORP EXTREMITY RECO
311 ENTERPRISE DRIVE
PLAINSBORO NJ 08536-3344

INTEGRITY SURGICAL SALES
900 RANCH ROAD 620
SUITE 160-310
AUSTIN TX 78734-5615

~~EXCLUDE~~
~~(D)INTEGRITY SURGICAL SALES LLC~~
~~2303 RANCH RD 620 S STE 160310~~
~~AUSTIN TX 78734-6219~~

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

INVESTEX CREDIT UNION
500 W BOB JONES RD
SOUTHLAKE TX 76092-1918

INVESTEX LP
500 W BOB JONES RD
SOUTHLAKE TX 76092-1918

JRF ORTHO
6746 S REVERE PKWAY
SUITE B-125
ENGLEWOOD CO 80112-6754

JAMES MCNEAL
POWERS TAYLOR LLP
5445 LA SIERRA DR
STE 300
DALLAS TX 75231-3442

~~EXCLUDE~~
~~(U)JAMES MCNEAL 3223 CLIFFVIEW DR~~
~~CORINTH T~~

JEFFREY HUGHES MC
700 HIGHLANDER BLVD
415
ARLINGTON TX 76015-4346

JOHNSON CONTROLS FIRE PROTECTION
DEPT CH 10320
PALATINE IL 60055-0320

JOHNSON CONTROLS FIRE PROTECTION LP
10405 CROSSPOINT BLVD
INDIANAPOLIS IN 46256-3323

KCI USA
POBOX 301557
DALLAS TX 75303-1557

LANGUAGE LINE
1 LOWER RAGSDALE DR
BLDG 2
MONTEREY CA 93940-5747

LEBANON HOLDINGS LLC
6988 LEBANON RD
SUITE 102
FRISCO TX 75034-6743

LIFENET HEALTH
CO YIORGOS KOLIOPOULOS
222 CENTRAL PARK AVE
SUITE 1700
VIRGINIA BEACH VA 23462-3035

MDG MEDICAL
158 WEST MAGNOLIA AVE
FORT WORTH TX 76104

MAXXEUS BY CTS
PO BOX 644634
PITTSBURGH PA 15264-4634

MEDICAL CITY NORTH HILLS
4401 BOOTH CALLOWAY
NORTH RICHLAND HILLS TX 76180-7371

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

MEDICAL INFORMATION TECHNOLOGY INC
MEDITECH CIRCLE
WESTWOOD MA 02090

MEDOVATIONS INC
102 E KEEFE AVE
MILWAUKEE WI 53212-1535

MEDPLUS MANAGEMENT SERVICES
391 LAS COLINAS BLVD E
SUITE 130-550
IRVING TX 75039-6291

MEDTRONIC NEUROLOGIC TECHNOLOGIES
POBOX 848086
DALLAS TX 75284-8086

MICROAIRE SURGICAL
LOCK BOX 96565
CHICAGO IL 60693-6565

MICROLINE SURGICAL INC
800 CUMMINGS CENTER SUITE 157X
BEVERLY MA 01915-6186

MICROTEK MEDICAL INC
PO BOX 911633
DALLAS TX 75391-1633

MIRION TECHNOLOGIES
FILE 55667
LOS ANGELES CA 90074-5667

MIZUHO OSI
30031 AHERN AVE
UNION CITY CA 94587-1234

MUELLER WATER CONDITIONING INC
P 0BOX 165
HOUSTON TX 77001-0165

MUSCULOSKELETAL TRANSPLANT FOUNDATION
125 MAY STREET
EDISON NJ 08837-3264

NEW PIG
ONE PORK AVE
TIPTON PA 16684

NILPESH PATEL
4020 SANTA BARBARA DR
DALLAS TX 75214-2839

~~EXCLUDE~~
~~(D)NILPESH PATEL~~
~~4020 SANTA BARBARA DR~~
~~DALLAS TX 75214-2839~~

NORTH BIOMEDICAL EQUIP LLC
3243 REGENT DRIVE
DALLAS TX 75229-5056

NU MAXIS MEDICAL LLC
4643 WESTGATE DR
ADDISON TX 75001

OLYMPUS CORPORATION OF THE AMERICAS
3500 CORPORATE PARKWAY
CENTER VALLEY PA 18034-8229

OMNI CELL
1620 NW HIGHWAY
SUITE 100
HASLET TX 76052

PDC HEALTHCARE
27770 N ENTERTAINMENT DR
200
VALENCIA CA 91355-1094

PAJUNK MEDICAL SYSTEMS
6611 BAY CIRCLE
SUITE 140
NORCROSS GA 30071-1233

PALM HARBOR MEDICAL INC
3015 RIDGELINE BLVD
BUILDING A
TARPON SPRINGS FL 34688-9105

PARKS COFFEE PROSTAR TX
POBOX 110209
CARROLLTON TX 75011-0209

PIONEER
5040 ADDISON CIR
SUITE 400
ADDISON TX 75001-6049

~~EXCLUDE~~
~~(D)PIONEER~~
~~5040 ADDISON CIR~~
~~SUITE 400~~
~~ADDISON TX 75001-6049~~

PIONEER HEALTH SYSTEMS LLC
CO ELIJAH WATKINS
101 S CAPITOL BVD STE 1900
BOISE ID 83702-7705

PRAXAIR DIST
34053417 NORTH MAIN
FORT WORTH TX 76106-4346

PRISM ELECTRIC INC
2985 MARKET STREET
GARLAND TX 75041-2429

PROPATH ASSOCIATES
PO BOX 678174
DALLAS TX 75267-8174

QUINTECH INC
PO BOX 3488
TUPELO MS 38803-3488

RR MEDICAL PROPERTIES INVESTMENT LLC
2402 DUNLAVY STREET
HOUSTON 77006-2404

RR MEDICAL PROPERTIES INVESTMENTS
CO KIP BRAR
NICHOLS BRAR WEITZNER THOMAS
2402 DUNLAVY ST
HOUSTON TX 77006-2404

ROBERT M BROWNING
BROWN SIMS PC
1990 POST OAK BLVD SUITE 1800
HOUSTON TX 77056-3860

RADCOM ASSOCIATES
PO BOX 851408
MESQUITE TX 75185-1408

RADIOLOGY IMAGING STAFFING CONSUL
3118 HARRISBURG BLVD
HOUSTON TX 77003-2371

RELIANT
PO BOX 650475
DALLAS TX 75265-0475

RELIANT ENERGY RETAIL SERVICES LLC
ATTENTION BANKRUPTCY DEPARTMENT
PO BOX 3606
HOUSTON TX 77253-3606

REPUBLIC SERVICES
6100 ELLIOT REEDER RD
HALTOM CITY TX 76117-6139

RESTOR3D
701 W MAIN ST
DURHAM NC 27701-5010

RUSHCO ENERGY SPECIALISTS INC
10765 TUBE DRIVE
HURST TX 76053-7909

SPBS CLINICAL EQUIPMENT SERVICES
4431 LONG PRAIRIE RD
SUITE 100
FLOWER MOUND TX 75028-1753

SAND TRAP SERVICE COMPANY INC
PO BOX 1823
FORT WORTH TX 76101-1823

SECURITY RECONNAISSANCE TEAM INC
2809 REGAL ROAD
SUITE 103
PLANO TX 75075-6311

SHRED IT
POBOX 101007
PASADENA CA 91189-1007

SKYE ORTHOBIOLOGICS
2255 CAMPUS DR
EL SEGUNDO CA 90245-0001

SMART CARE EQPT SOLUTIONS
EEC ACQUISITION LLC
POBOX 74008980
CHICAGO IL 60674-8980

SMITH AND NEPHEW ENDOSCOPY
PO BOX 842935
DALLAS TX 75284-2985

SMITH AND NEPHEW ORTHOPAEDICS
1450 BROOKS RD
MEMPHIS TN 38116-1892

SOUTHERN SPINE LLC
487 CHERRY STREET
3RD STREET TOWER
3RD FLOOR
MACON GA 31201-7973

SPECIALTY CARE DEPARTMENT
POBOX 11407
BIRMINGHAM AL 35246-1614

(P)SMB BANKRUPTCIES
1600 DUBLIN RD
FLOOR 3
COLUMBUS OH 43215-2095

STAPLES INC
PO BOXS 660409
DALLAS TX 75266-0409

STAR DELIVERY
PO BOX 3613
HOUSTON TX 77253-3613

(P)STERICYCLE INC
2355 WAUKEGAN ROAD
BANNOCKBURN IL 60015-1503

STERIS CORP
5960 HEISLEY ROAD
MENTOR OH 44060-1834

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

STRYKER ENDOSCOPY
5900 OPTICAL COURT
SAN JOSE CA 95138-1400

STRYKER INSTRUMENTS
MILLER CANFIELD 277 S ROSE STREET
SUITE 6000
KALAMAZOO MI 49007

STRYKER ORTHOPAEDICS
325 CORPORATE DRIVE
MAHWAH NJ 07430-2006

STRYKER SPINE
21912 NETWORK PLACE
CHICAGO IL 60673-1912

SUPPLEMENTAL HEALTHCARE
PO BOX 677896
DALLAS TX 75267-7896

SURGICAL NOTES
6688 N CENTRAL EXPY
SUITE 1170
DALLAS TX 75206-3914

(P)SURGICAL PRODUCT SOLUTIONS LLC
901 PENNSYLVANIA AVE
SUITE 4
PITTSBURGH PA 15233-1422

SYNERGY SURGICAL
701 E PLANO PKWAY
SUITE 506
PLANO TX 75074-6758

SYNERGY SURGICAL LLC
701 E PLANO PKWY SUITE 506
PLANO TEXAS 75074-6758

SYSCO
800 TRINITY DRIVE
THE COLONY TX 75056-5297

TPX COMMUNICATIONS
PO BOX 123279
DEPT 3279
DALLAS TX 75312-3279

TZ MEDICAL INC
17750 SW UPPER BONNES FERRY ROAD
SUITE 150
PORTLAND OR 97224-7086

TAFT STETTINIUS HOLLISTER LLP
ATTN PAUL R HAGE
27777 FRANKLIN SUITE 2500
SOUTHFIELD MI 48034-8222

TARRANT COUNTY
LINEBARGER GOGGAN BLAIR SAMPSON LLP
CO SHERREL K KNIGHTON
2777 N STEMMONS FREEWAY
SUITE 1000
DALLAS TX 75207-2328

TARRANT COUNTY HOSPITAL DISTRICT
CO STACY B LOFTIN
ADAMS LYNCH
3950 HIGHWAY 360
GRAPEVINE TX 76051-6741

TARRANT COUNTY HOSPITAL DISTRICT
DBA JPS HEALTH NETWORK
ADAMS LYNCH LOFTIN PC
CO STACY B LOFTIN
3950 HWY 360
GRAPEVINE TX 76051-6741

TARRANT COUNTY SAFETY NET
612 E LAMAR BLVD
SUITE 900
ARLINGTON TX 76011-4130

TARRANT COUNTY TAX
6551 GRANDBURY RD
FORT WORTH TX 76133-4926

TARRANT COUNTY TAX DEPARTMENT
CO JORDAN R STIMPSON
LINEBARGER GOGGAN BLAIR SAMPSON
100 THROCKMORTON STE 1700
FORT WORTH TX 76102-2847

(P)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV BANKRUPTCY
SECTION
PO BOX 13528
AUSTIN TX 78711-3528

TEXAS HEALTH AND HUMAN SERVICES
BANKRUPTCY COLLECTIONS DIVISION MC008
PO BOX 12548
ATTN ROMA N DESAI
AUSTIN TX 78711-2548

TEXAS MEDICAL INDUSTRIES INC
1409 INDUSTRIAL PARK
ROYSE CITY TX 75189-5405

TITAN ORTHOPAEDIC SALES
16175 ADDISON ROAD
ADDISON TX 75001-3252

TRIMED
25864 TOURNAMENT RD
SUITE A
VALENCIA CA 91355-2344

TRITIN MEDICAL DISTRIBUTION
6450 CALICHE CIRCLE
MIDLOTHIAN TX 76065-1816

US MED EQUIPMENT
PO BOX 41321
HOUSTON TX 77241-1321

UNITED STATES TRUSTEE
1100 COMMERCE STREET
ROOM 976
DALLAS TX 75242-0996

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

VARILEASE FINANCE
6340 SOUTH 300 EAST
SUITE 400
SALT LAKE CITY UT 84121

VARILEASE FINANCE INC
CO TROY ARAMBURU SNELL WILMER
15 WEST SOUTH TEMPLE STE 1200
SALT LAKE CITY UT 84101-1547

VITAL CARE REPS INC
18470 THOMPSON COURT
SUITE LB
TINLEY PARK IL 60477-6774

VOYAGE MEDICAL SOLUTIONS LLC
111 W TYLER ST
LONGVIEW TX 75601-6318

WBW SURGICAL SUPPLY
6300 FM 2449
PONDER TX 76259-8026

WESLEY CHICK
WC HEALTH VENTURES LLC
5124 SCARBOROUGH LANE
DALLAS TX 75287-5420

WILLIAM MORGAN
1908 SCHUMAC LANE
BEDFORD TX 76022-6809

WOLTERSKULWER HEALTH
77 WESTPORT PLAZA DRIVE
SUITE 450
SAINT LOUIS MO 63146-3125

XEROX FINANCIAL SERVICES
POBOX 202882
DALLAS TX 75320-2882

ZACHARY THOMAS
2402 DUNLAVY STREET
HOUSTON 77006-2404

ZIMMER BIOMET
2545 TARPLEY ROAD
CARROLLTON TX 75006-2329

~~EXCLUDE~~
~~(U)AARON EUBANKS MD~~

CORAZON M RAMIREZ
FRIEDMAN FEIGER LLP
DOMINION PLAZA WEST 17304 PRESTON RD
SUITE 300
DALLAS TX 75252

DOUGLAS JAMES BUNCHER
NELIGAN LLP
4851 LBJ FREEWAY
SUITE 700
STE 3600
DALLAS TX 75244-6078

HUDSON M JOBE
JOBE LAW PLLC
6060 NORTH CENTRAL EXPRESSWAY SUITE
500
DALLAS TX 75206-5249

JAMES MCNEAL
3223 CLIFFVIEW DR
CORINTH TX 76210-2610

~~EXCLUDE~~
~~(U)MANUEL R RAMIREZ~~

SCOTT M SEIDEL
SEIDEL LAW FIRM
6505 W PARK BLVD SUITE 306
PLANO TX 75093-6212

SIGNATURE GARMENT CARE
5020 SHARP STREET
DALLAS TX 75247-6018

COURT'S LIST OF NEF (ELECTRONIC SERVICE) RECIPIENTS:

7332381136

Troy J. Aramburu
Snell & Wilmer, LLP
15 West South Temple
Ste 1200
Salt Lake City, UT 84101-1004
</tbody></table></html>

represented by:
Troy Aramburu
Snell & Wilmer LLP
15 W. South Temple
Suite 1200
Salt Lake City, UT 84101

taramburu@swlaw.com

Scott M. Seidel
Seidel Law Firm
6505 W. Park Blvd., Suite 306
Plano, TX 75093
Southern Spine, LLC
c/o Cook Keith & Davis
6688 North Central Expressway
Suite 1000
DALLAS, TX 75206United States
represented by:
Darrell Wayne Cook
Cook Keith & Davis
6688 North Central Expressway
Suite 1000
Dallas, TX 75206
Tarrant County
Linebarger Goggan Blair & Sampson, LLP
c/o Sherrel K. Knighton
2777 N. Stemmons Frwy

Quilling, Selander, Lownds, Winslett &
Moser, P.C.
2001 Bryan St., Ste.1800
Dallas, TX 75201

Lifenet Health
c/o Andrew Soule
5420 LBJ Freeway, Suite 220
Dallas, TX 75240
represented by:
Andrew (Andy) Soule
Riney Ronquillo Soule, PLLC
Lincoln Centre Two
5420 LBJ Freeway
Ste 220
Dallas, TX 75240
James McNeal
3223 Cliffview Dr.
represented by:
Kenneth A Farah
Powers Taylor, LLP
5445 La Sierra Dr.
Ste. 300
Dallas, TX 75231

represented by:
Ryan Kenneth Lurich
Friedman & Feiger, LLP
Dominion Plaza West
17304 Preston Road
Suite 300
Dallas, TX 75252
represented by:
Ryan Kenneth Lurich
Friedman & Feiger, LLP
Dominion Plaza West
17304 Preston Road
Suite 300
Dallas, TX 75252
represented by:
Donnie M Apodaca, II
Cozen O'Connor
1717 Main Street
Ste 3100

Dennis Siaw-Lattey
Munsch Hardt Kopf and Harr
500 N. Akard Street
Ste 3800
Dallas, TX 75201
BidMed LLC
1016 West Jackson Blvd.
Chicago, IL 60607

dsiawlattey@munsch.com

represented by:
Davor Rukavina
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St.
Ste. 4000
Dallas, TX 75201

drukavina@munsch.com