Hudson M. Jobe
JOBE LAW PLLC
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com

ATTORNEYS FOR THE TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PSG MID-CITIES MEDICAL CENTER, LLC | § | CASE NO. 23-30991-swe7 |
| d/b/a SAINT CAMILLUS MEDICAL | § | (Chapter 7) |
| CENTER, | § | |
| | § | |
| DEBTOR | § | |

**CERTIFICATE OF NO OBJECTION TO**
**TRUSTEE'S MOTION FOR APPROVAL OF DISTRIBUTION OF PROCEEDS OF**
**BANK7 SETTLEMENT AND SALE OF PERSONAL PROPERTY**

**TO THE HONORABLE SCOTT W. EVERETT, BANKRUPTCY JUDGE:**

I hereby certify that on September 24, 2025, I filed Trustee's Motion to Approve Distribution of Proceeds of Bank7 Settlement and Sale of Personal Property (Dkt. No. 141) (the "Motion") and the proposed Order attached as Docket No. 141-1, which contained twenty-one (21) day negative notice language. As of today's date, no responses or objections to the Motion have been filed.

Respectfully submitted,

By: */s/ Hudson M. Jobe*
Hudson M. Jobe
Texas Bar No. 24041189
**JOBE LAW PLLC**
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com

**ATTORNEYS FOR THE TRUSTEE**