**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **PSG MID-CITIES MEDICAL CENTER, LLC** | § | **CASE NO: 23-30991-swe-7** |
| *dba Saint Camillus Medical Center* | § | |
| | § | **Chapter 7** |
| **DEBTOR.** | § | |

**TRUSTEE'S CASE STATUS**

The Trustee wishes to advise the Court, creditors, and parties in interest that the Trustee, through Special Counsel, continues to review the financial affairs of the Debtor and is examining claims.

Respectfully Submitted,

*/s/ Scott M. Seidel*

Scott M. Seidel

6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
CHAPTER 7 TRUSTEE