# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



**Case No.:** 23-30991-SWE
**Case Name:** PSG MID-CITIES MEDICAL CENTER, LLC D/B/A SAINT CAMILLUS MEDICAL CENTER
**For the Period Ending:** 6/30/2026

**Trustee Name:** Scott M. Seidel
**Date Filed (f) or Converted (c):** 05/19/2023 (f)
**§341(a) Meeting Date:** 06/20/2023
**Claims Bar Date:** 01/16/2024

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | PNC Bank Operating Account 6403 | $0.00 | $0.00 | | $0.00 | FA |
| 2 | PNC Bank Operating Account 7843 | $0.00 | $0.00 | | $0.00 | FA |
| 3 | PNC Bank Lock Box 7941 | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Regions Bank Operating Account 7906 | $1,007.00 | $5.00 | | $0.00 | FA |
| **Asset Notes:** | Monetary amounts yet to be fully determined.<br>Due to the instruction from the office of the United States Trustee, the amount may not be valued at $0.00 or unknown.<br>For that fact only, the amount listed is only a placeholder to comply with instructions and cannot be used in any evidence, testimony or proceedings concerning this case. | | | | | |
| 5 | Accounts receivable Face amount- 4,082,189.00 doubtful or uncollectible accounts- 4,082,189.00 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | AR fully encumbered | | | | | |
| 6 | Supply Inventory October 2021 $392,329.10 Estimated FMV | $196,164.55 | $5.00 | | $0.00 | FA |
| **Asset Notes:** | Motion to Destroy Medications and controlled substances DN 104<br>Order granting Motion to Destroy DN 112 | | | | | |
| 7 | Office equipment, including all computer equipment and communication systems equipment and software Fixed assets | $3,018,064.00 | $5.00 | | $1,117,582.30 | FA |
| **Asset Notes:** | Motion to Sell DN 82<br>Order granting Motion to Sell DN 93<br>Sale to occur January 17-18, 2024 | | | | | |
| 8 | CT Scanner Value of CT Scanner was in leasing documents. Debtor cannot verify current value. | Unknown | $0.00 | | $0.00 | FA |
| 9 | 1612 Hurst Town Center Dr, Hurst, TX 76054 Debtor had a lease on property; however landlord has terminated the lease. | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Patient Records (contain personal identifiable information) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Motion to Destroy DN 65<br>Order granting Motion to Destroy DN 84 | | | | | |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



**Case No.:** 23-30991-SWE
**Case Name:** PSG MID-CITIES MEDICAL CENTER, LLC D/B/A SAINT CAMILLUS MEDICAL CENTER
**For the Period Ending:** 6/30/2026

**Trustee Name:** Scott M. Seidel
**Date Filed (f) or Converted (c):** 05/19/2023 (f)
**§341(a) Meeting Date:** 06/20/2023
**Claims Bar Date:** 01/16/2024

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 11 | Counterclaim against Bank 7 in Bank 7 v. Saint Camillus Medical Center LLC Cause No. DC-22-06353 Breach of Contract/Fiduciary Duty $1,000,000.00 | $1,000,000.00 | $0.00 | | $275,000.00 | FA |
| **Asset Notes:** | Motion to Compromise DN 80<br>Order granting Motion to Compromise DN 94<br>Adversary 23-03039 | | | | | |
| 12 | Claims against United Memorial Medical Center, R&R Medical Properties Investment Cause No. 141-332914 Fraud $10,000,000.00 | $10,000,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Motion to Compromise DN 80<br>First Amended Settlement Agreement and Mutual Release DN 85<br>Order granting Motion to Compromise DN 95<br>Adversary 23-03074 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | **$14,215,235.55** | **$15.00** | | **$1,392,582.30** | **$0.00** |

**Major Activities affecting case closing:**

| | |
|---|---|
| 06/30/2026 | Special counsel efforts ongoing |
| 03/31/2026 | Special counsel review ongoing |
| 12/29/2025 | Special counsel continues to review financial affairs and claims |
| 09/29/2025 | Special counsel reviewing claims |
| 06/30/2025 | Special counsel continues to attempt to settle estate claims |
| 05/09/2025 | We are currently negotiating a resolution of lien disputes with 2 secured claimants to resolve the lien claims against the property / proceeds held by the Trustee. If that is not resolved, Trustee will file an Adversary Proceeding. According to counsel, we hope to know the resolution of that in the next 2-3 weeks. Once that is resolved, we can move forward with claims review and distribution. |
| 12/27/2024 | Special counsel reviewing debtor transactions |
| 02/15/2024 | Successful sale auction funded |
| 12/22/2023 | Sale of estate assets to be held as well settlement of various estate claims |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**



**Case No.:** 23-30991-SWE
**Case Name:** PSG MID-CITIES MEDICAL CENTER, LLC D/B/A SAINT CAMILLUS MEDICAL CENTER
**For the Period Ending:** 6/30/2026

**Trustee Name:** Scott M. Seidel
**Date Filed (f) or Converted (c):** 05/19/2023 (f)
**§341(a) Meeting Date:** 06/20/2023
**Claims Bar Date:** 01/16/2024

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 12/30/2027

**Current Projected Date Of Final Report (TFR):**

/s/ SCOTT M. SEIDEL

SCOTT M. SEIDEL